United States District Court
Southern District of Texas

**ENTERED**

May 05, 2026

Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| EDGAR PRISCO CARVALHO, | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | CIVIL ACTION NO. H-26-2500 |
| | § | |
| RANDALL TATE, *et al.*, | § | |
| | § | |
| Defendants. | § | |

**ORDER OF DISMISSAL**

The petitioner has agreed to leave the United States and has withdrawn his habeas petition.

(Docket Entry No. 8).  The court dismisses the petition, as moot, without prejudice.  All pending

motions are denied as moot.  The case is closed.

SIGNED on May 5, 2026, at Houston, Texas.

_____

Lee H. Rosenthal
Senior United States District Judge